## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALICE O'BRIEN                   :          CIVIL ACTION NO.
                                :
        vs.                     :
                                :
PHILIP SASSO, et al             :          12-1383

MICHAEL E. K... ...erk
By_____ Dep. Clerk

### STIPULATION

It is hereby stipulated by and between Plaintiff and all Defendants, through their

respective counsel that:

Defendant Philip Sasso is hereby released from the above-listed case and the

caption amended to reflect that he is no longer a party to this litigation.


_____          _____
Alfred A. Degennaro, Esq.          Daniel Ryan, III, Esq.
Attorney for Plaintiff             Attorney for Defendant


                                   _____
                                   Jeffrey Brien, Esq.
                                   Attorney for Defendant


                    _____
                    CAROL SANDRA MOORE WELLS
                    CHIEF UNITED STATES MAGISTRATE JUDGE